Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan State Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Laura_Barrera@fd.org

*Attorney for Petitioner Matheus Malta De Sa

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Matheus Malta De Sa,<br><br>        Petitioner,<br><br>   v.<br><br>Kristi Noem, *et al.*,<br><br>        Respondents. | Case No. 2:26-cv-00594-RFB-MDC<br><br>**Stipulation for Extension of Time to File First Amended Petition and Response to First Amended Petition**<br><br>**(First Request)** |

Petitioner Matheus Malta De Sa and Respondents Kristi Noem, et al., through undersigned counsel, hereby submit this Stipulation for an extension of time of seven days for Petitioner to file an amended petition for writ of habeas corpus, moving the deadline to March 20, 2026. Currently, the amended petition is due on March 13, 2026. This is the first request for an extension of time to file the amended petition.

This extension is warranted because counsel was not able to meet with Malta De Sa until March 11. Malta De Sa's case involves a complex procedural history and counsel requires additional time after meeting with Petitioner to review the relevant records, conduct necessary research, and draft the amended petition.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Malta De Se to file an amended petition to March 20, 2026. The parties further request that after the amended petition is filed on March 20, 2026, should this Court determine service of the amended petition is warranted, Respondents will then have 10 days to file their response to the amended petition. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 13th day of March 2026.

TODD BLANCHE
Deputy Attorney General of the
United States
SIGAL CHATTAH, First Assistant
United States Attorney

RENE L. VALLADARES
Federal Public Defender

/s/ *Tamer Botros*
Tamer Botros
Assistant United States Attorney

/s/ *Laura Barrera*
Laura Barrera
Assistant Federal Public
Defender

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: March 13, 2026.